```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

         FEB - 8 2012

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDALL THIBAULT, | 3:11-cv-00327-LRH-VPC |
| Plaintiff, | |
| vs. | **ORDER** |
| DR. GEDNEY, et al., | |
| Defendants. | |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On October 7, 2011, the court issued an order denying plaintiff's application to proceed *in forma pauperis* because plaintiff was no longer incarcerated and his application to proceed *in forma pauperis* did not reflect his current financial status outside of prison. (ECF No. 15.) The court allowed plaintiff thirty days to file a new application to proceed in district court without prepaying fees or costs. (*Id.*)

Plaintiff has failed to comply with the court's order. The court will grant plaintiff one final opportunity to file an application to proceed in district court without prepaying fees or costs.

**IT IS THEREFORE ORDERED** that plaintiff shall file a new application to proceed in district court without prepaying fees or costs within **thirty (30) days** from the date of entry of this order.

**IT IS FURTHER ORDERED** that the clerk shall **SEND** plaintiff the approved form to proceed in district court without prepaying fees or costs (Form AO 240) with one set of instructions.

**IT IS FURTHER ORDERED** that if plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: February 6, 2012.

_____
UNITED STATES MAGISTRATE JUDGE