```
                    ___ FILED         ___ RECEIVED
                    ___ ENTERED       ___ SERVED ON
                              COUNSEL/PARTIES OF RECORD

                           FEB - 8 2012

                      CLERK US DISTRICT COURT
                        DISTRICT OF NEVADA
                    BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RANDALL THIBAULT,   )   3:11-cv-00327-LRH-VPC
      Plaintiff,   )
      vs.   )   **ORDER**
DR. GEDNEY, *et al.*,   )
      Defendants.   )

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On October 7, 2011, the court issued an order denying plaintiff's application to proceed *in forma pauperis* because plaintiff was no longer incarcerated and his application to proceed *in forma pauperis* did not reflect his current financial status outside of prison. (ECF No. 15.) The court allowed plaintiff thirty days to file a new application to proceed in district court without prepaying fees or costs. (*Id.*)

Plaintiff has failed to comply with the court's order. The court will grant plaintiff one final opportunity to file an application to proceed in district court without prepaying fees or costs.

**IT IS THEREFORE ORDERED** that plaintiff shall file a new application to proceed in district court without prepaying fees or costs within **thirty (30) days** from the date of entry of this order.

**IT IS FURTHER ORDERED** that the clerk shall **SEND** plaintiff the approved form to proceed in district court without prepaying fees or costs (Form AO 240) with one set of instructions.

**IT IS FURTHER ORDERED** that if plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: February 6, 2012.

*/s/ Valerie P. Cooke*
UNITED STATES MAGISTRATE JUDGE